UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-251-1FL(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | **UNDER SEAL** |
| MICHAEL ALAN JONES | ) | |

The Grand Jury charges that:

### COUNT ONE
18 U.S.C. § 922(g)(1)
(Possession of Firearms by a Felon)

On or about May 27, 2016, in the Eastern District of North Carolina, MICHAEL ALAN JONES, the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, firearms, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

### COUNT TWO
18 U.S.C. § 922(g)(1)
(Possession of Ammunition by a Felon)

On or about May 27, 2016, in the Eastern District of North Carolina, at a time and place separate from that charged in Count One, MICHAEL ALAN JONES, the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

1

## FORFEITURE NOTICE

The defendant is given notice of the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), that all of his interest in all property specified herein is subject to forfeiture.

As a result of the offenses charged in Counts One and Two of the Indictment, the defendant shall forfeit to the United States the firearms and ammunition involved in the commission of the offenses, that is:

1. .380 caliber Sig Sauer, model P232 handgun with serial number S286793;

2. 7.62x39mm Romarm, model WARS-10, semiautomatic SKS rifle with serial number 1-70369-04;

3. 9mm Glock, model 19 handgun with serial number YTK-565;

4. 7.62x39mm, model 56, semiautomatic SKS rifle with serial number 2383517;

5. Seven rounds of .380 caliber ammunition;

6. Thirty-four rounds of 7.62x39mm ammunition; and

7. Eleven rounds of 9mm ammunition.

If any of the above-described forfeitable property, as a result of any act or omission the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 8/8/17

JOHN STUART BRUCE
United States Attorney

*[signature: Scott Lemmon]*

BY: SCOTT A. LEMMON
Assistant United States Attorney

3