

**U. S. Department of Justice**

*John Stuart Bruce*
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*        *Telephone (919) 856-4530*
*310 New Bern Avenue*        *Criminal FAX (919) 856-4487*
*Suite 800*        *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*        *www.usdoj.gov/usao/nce*

DATE:        August 8, 2017

TO:        Clerk's Office
        United States District Court
        Eastern District of North Carolina
        Raleigh, North Carolina

REPLY TO: JOHN STUART BRUCE
        United States Attorney

ATTN OF:  SCOTT A. LEMMON  *SL*
        Assistant United States Attorney

SUBJECT:  U.S. v. MICHAEL ALAN JONES
        No. 5:17-CR-251-1FL  WESTERN DIVISION
                   ()

      Please issue a warrant for the arrest of the above-named
defendant and place same, together with a certified copy of
the Indictment, in the hands of the U.S. Marshal for service.
Also, please return a certified copy of the Indictment to
this office and the U.S. Pretrial Services Office.

      Detention is recommended, and the warrant should be
returnable before the U.S. Magistrate Judge.

SAL:kg

cc:  US Marshal Service
     US Probation Office