AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION


RECEIVED AUG 1 4 2017 U.S. Marshals Service, EDNC

UNITED STATES OF AMERICA

V.

**SEALED**
**WARRANT FOR ARREST**

**CRIMINAL CASE: 5:17-CR-251-1FL(1)**

**MICHAEL ALAN JONES**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**MICHAEL ALAN JONES** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice __ Probation Violation Petition charging him/her with:

Counts 1-2 - 18 U.S.C. § 922(g)(1) and 924: Possession of a firearm and ammunition by a convicted felon

Peter A. Moore, Jr.
Name of Issuing Officer

*Leigh Jarman*
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

August 8, 2017 - GREENVILLE, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at Fayetteville, NC |

| DATE RECEIVED 8/14/17 | NAME AND TITLE OF ARRESTING OFFICER D. Tubman, USMS | NAME AND TITLE OF ARRESTING J. Griffin, USMS |
|---|---|---|
| DATE OF ARREST 9/8/17 | | |

**FILED**

SEP 0 8 2017

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ SM _____ DEP CLK