UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Michael Alan Jones            Docket No. 5:17-CR-251-1FL

### Petition for Action on Conditions of Pretrial Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Michael Alan Jones, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 14th day of September, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 14, 2017, the defendant was released on pretrial conditions to include that the defendant not use or unlawfully possess a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner. On September 15, 2017, the defendant submitted a urine specimen which tested positive for marijuana. When confronted with the results, Jones admitted that he last used marijuana on September 8, 2017. Furthermore, on October 16 and 19, 2017, urine specimens were collected which tested positive for marijuana. When confronted with those results, Jones advised that his last marijuana use occurred on September 8, 2017. On November 6, 2017, an interpretation report was requested from Alere Toxicology Services. That report reflects that it is their opinion that the defendant reused marijuana prior to both the October 16 and 19 collection dates.

**PRAYING THAT THE COURT WILL ORDER** that a pretrial revocation hearing be conducted to determine if the defendant's release on pretrial conditions should be revoked.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain            /s/ Keith W. Lawrence
Michael C. Brittain            Keith W. Lawrence
Supervising U.S. Probation Officer            Senior U.S. Probation Officer
           150 Rowan Street Suite 110
           Fayetteville, NC 28301
           Phone: 910-354-2538
           Executed On: November 8, 2017

### ORDER OF THE COURT

Considered and ordered on November 9, 2017. It is further ordered that this document shall be filed and made a part of the records in the above case.

Robert T. Numbers, II
United States Magistrate Judge