IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00251-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| MICHAEL ALAN JONES | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 12, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), based upon the defendant pleading guilty to offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924, and agreeing to the forfeiture of the property listed in the December 12, 2018 Preliminary Order of Forfeiture, to wit:

a) Phoenix Arms, .25 caliber, model HP25A, semi-automatic handgun, serial number 4344105;

b) 7.62x39mm Romarm, model WARS-10, semiautomatic SKS rifle with serial number 1-70369-04;

c) 9mm Glock, model 19 handgun with serial number YTK-565;

d) 7.62x39mm, model 56, semiautomatic SKS rifle with serial number 2383517; and

e) any and all related ammunition;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between December 18,

1

2018 and January 16, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days from the first day of publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's December 12, 2018 Preliminary Order of Forfeiture.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the December 12, 2018 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Marshall Service and/or the Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to dispose of the property according to law, including destruction.

SO ORDERED this  15th  day of     March        , 2019.

_____
LOUISE W. FLANAGAN
United States District Judge