UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Michael Alan Jones                                        Docket No. 5:17-CR-251-1FL

**Petition for Action on Supervised Release**

COMES NOW Corey Rich, U.S. Probation Officer of the Court, presenting a petition for modification of the Judgment and Commitment Order of Michael Alan Jones, who, upon an earlier plea of guilty to Count 1- Possession of Firearms by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), and Count 2- Possession of Ammunition by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on December 12, 2018, to the custody of the Bureau of Prisons for a term of 64 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Michael Alan Jones was released from custody on September 2, 2022, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant agrees that participation in a program of cognitive behavioral treatment could be beneficial to him. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence                        /s/ Corey Rich
Keith W. Lawrence                           Corey Rich
Supervising U.S. Probation Officer         U.S. Probation Officer
                                                       150 Rowan Street Suite 110
                                                       Fayetteville, NC 28301
                                                       Phone: 910-354-2540
                                                       Executed On: February 1, 2023

**ORDER OF THE COURT**

Considered and ordered this 6th day of February, 2023, and ordered filed and made a part of the records in the above case.

*Louise W. Flanagan* (signature)
Louise W. Flanagan
U.S. District Judge